IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD E. LOPEZ, | ) | 1:06-CV-00935-AWI-LJO-P |
| Plaintiff, | ) | |
| | ) | ORDER TO SUBMIT NEW APPLICATION |
| vs. | ) | TO PROCEED IN FORMA PAUPERIS WITH |
| | ) | PLAINTIFF'S SIGNATURE, **OR** PAY |
| CORR. OFFICER VAGARIO, et al., | ) | FILING FEE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. However, plaintiff's application to proceed in forma pauperis did not include the plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a). Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis with plaintiff's original signature, **or** pay the $350.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis with plaintiff's original signature, or in the

1  alternative, to pay the $350.00 filing fee for this action.  Plaintiff is not required to submit another
2  certified copy of his trust account statement.  Failure to comply with this order will result in a
3  recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:     August 23, 2006                         /s/ Lawrence J. O'Neill**
   b6edp0                              UNITED STATES MAGISTRATE JUDGE